JOSEPHINE PALLADINO *vs.* DOMENICO DE STEFANO.

Suffolk. November 30, 1926. — December 2, 1926.

Present: RUGG, C.J., BRALEY, CROSBY, PIERCE, & SANDERSON, JJ.

*Landlord and Tenant,* Care of common hallway. *Negligence,* Of one owning or maintaining real estate.

A tenant in an apartment house cannot recover in an action against the landlord for personal injuries caused by slipping on befoulment in a common hallway of the apartment house where it does not appear

that the contract of letting required the landlord to clean the common passageway and no obligation of that nature, arising after the letting, is shown.

TORT for personal injuries.   Writ dated February 5, 1924.

In the Superior Court, the action was tried before *Hammond*, J.   At the close of the plaintiff's evidence, the judge ordered a verdict for the defendant and reported the action to this court for determination.

*F. P. Fralli*, for the plaintiff.

*L. Powers*, for the defendant.

BY THE COURT.   This is an action of tort to recover compensation for personal injuries received by a tenant of the defendant through slipping upon befoulment, apparently caused by the dog of some other tenant, in the common hallway of the apartment house in which she lived.   The contract of letting did not require the landlord to clean the common passageways and no subsequent obligation of that nature was shown.   The case at bar is governed by *Caruso* v. *Lebowich*, 251 Mass. 477.   *Bell* v. *Siegel*, 242 Mass. 380.

*Judgment on the verdict.*